# UNITED STATES BANKRUPTCY COURT FOR NEW YORK EASTERN BANKRUPTCY COURT

In re: The Brooklyn Hospital Center- Trade Claims

Debtor.

Chapter 11
Case Nos. 05-26990

Claim No.

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.  TO:  **EMPIRE STAFFING/AMOS WEINBERG** ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    **49 SOMERSET DRIVE SOUTH**

    **GREAT NECK, NY 11020**

2.  Please take notice of the transfer of $ **69,730.52** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    **Transfer $69,730.52 to:**
    **Madison Niche Opportunities, LLC** ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    **6310 Lamar Ave**
    **Suite 120**
    **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

EVIDENCE OF TRANSFER OF CLAIM

TO:     New York Eastern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
        6310 Lamar Ave, Suite 120
        Overland Park, KS 66202

_Empire Staffing Services, LLP_, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against The Brooklyn Hospital Center- Trade Claims in the New York Eastern Bankruptcy Court, The case entitled In re The Brooklyn Hospital Center- Trade Claims, with a Case Number of 05-26990 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _May 11, 2007_

Name: _Lawrence Wiener_

By: _[signature]_
(Signature of Claimant)

Print Name: _Empire Staffing Services, LLP_
_c/o Bestcare, Inc._
(Address) _3000 Hempstead Turnpike, Levittown, NY 11756_
(Address) _11-3492855_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)
_____
(Address)
_____
(SS#/Tax ID)

Transfer Agreement Number: 103914269

Accepted: Madison Liquidity Investors, LLC

By: _[signature]_