# EXHIBIT B

## Proposed Form of Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                 :         Chapter 11
                                                                             :
THE BROOKLYN HOSPITAL CENTER                  :
and CALEDONIAN HEALTH CENTER, INC.,      :         Case No. 05-26990 (cec)
                                                                             :         and Case No. 05-26992 (cec)
                                                                             :
                                                    Debtors.         :         (Jointly Administered)
                                                                             :
-------------------------------------------------------------x

### ORDER AUTHORIZING FURTHER EXPANSION OF THE RETENTION AND EMPLOYMENT OF ERNST & YOUNG LLP AS ACCOUNTANTS AND AUDITORS FOR THE DEBTORS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014(a) AND 2016 AND SECTION 327(a) OF THE BANKRUPTCY CODE

Upon consideration of the Application[1] of The Brooklyn Hospital Center and Caledonian Health Center, Inc. (the "**Debtors**"), as debtors and debtors-in-possession, seeking authorization pursuant to section 327(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") to expand the retention of Ernst & Young, LLP ("**E&Y LLP**") to provide the Debtors with additional accounting and auditing services; and upon the representations made in the Griffith Affidavit that E&Y LLP does not hold or represent any interest adverse to the Debtors' estates and that E&Y LLP qualifies as a "disinterested" person within the meaning of sections 101(14) and 327 of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and it appearing that the Court has jurisdiction to consider the Application; and it appearing that the relief requested in the Application is in the best interest of the Debtors, their estates and their creditors; and it appearing that due and appropriate notice of the

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Application has been provided in accordance with the Order of this Court establishing notice procedures in these Chapter 11 Cases; and it appearing that no other or further notice need be given; and upon the Application and all of the proceedings before the Court; and after due deliberation; and good and sufficient cause appearing therefor; it is hereby,

ORDERED, that, to the extent not inconsistent with the terms of this order, the terms of the Original E&Y Order and the Supplemental E&Y Order are incorporated by reference herein; and it is further

ORDERED, that in accordance with section 327(a) of the Bankruptcy Code, the Debtors are hereby authorized and empowered to expand their retention of E&Y LLP as accountants and auditors to the Debtors to provide the services set forth in the Application on the terms set forth in the Engagement Letters; and it is further

ORDERED, the Procedures for Additional Services set forth in paragraphs 16 and 17 of the Motion are hereby approved; and it is further

ORDERED, that the requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the Eastern District of New York for the filing of a memorandum of law is waived.

Dated:    Brooklyn, New York
          May __, 2007

_____
HONORABLE CARLA E. CRAIG
CHIEF UNITED STATES BANKRUPTCY JUDGE

**No Objection:**

The Office of the United States Trustee

_____/s/ Brian Hufnagel_____
By:    Brian Hufnagel, Esq.
       Trial Attorney

Dated: May 24, 2007

SSL-DOCS1 1806819v3